**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **CHAOYI WU** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No. 1:26-cv-00090-SDN** |
| **DERRICK STAMPER, et al.** | ) | |
| **Respondents.** | ) | |

**EMERGENCY ORDER CONCERNING**
**STAY OF TRANSFER OR REMOVAL**

Petitioner Chaoyi Wu, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that they are being unlawfully confined in violation of the Constitution and laws of the United States.

To provide a fair opportunity for the judge assigned to this case to review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, respondents will not remove the petitioners from the jurisdiction of the United States or transfer petitioners to a judicial district outside that of Maine for a period of at least 72 hours from the time this Order is docketed.

The Clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office.

/s/ Stacey D. Neumann.
UNITED STATES DISTRICT JUDGE

February 20, 2026, at Portland, Maine
Time Order Entered 5:28 p.m.