UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHAOYI WU, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 1:26-cv-00090-SDN |
| | ) | |
| DERRICK STAMPER, et al. | ) | |
| | ) | |
| Respondent | ) | |

JUDGMENT

Pursuant to the Order Granting Petition For Writ of Habeas Corpus entered by U.S. District Judge Stacey D. Neumann, on March 4, 2026;

The Petition for Writ of Habeas Corpus is granted.

Jennifer P. Lyons, Clerk

By: /s/Michelle Thibodeau
Deputy Clerk

Dated: October 27, 2026